# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200  Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

May 5, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 15 2006 ★

**BROOKLYN OFFICE**

The Honorable Edward R. Korman
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Niasia Coulson, CR 01-0081 (ERK)

Dear Judge Korman:

At the sentencing hearing of Ms. Coulson conducted on Wednesday, May 3, 2006, I neglected to make the following request on Ms. Coulson's behalf: in light of the Court's finding that defendant has limited means to pay a fine, the defendant respectfully requests, pursuant to 18 U.S.C. § 3612(f)(3)(A), that no interest shall accumulate while the restitution remains due and payable.

Thank you for your attention. Please advise.

Respectfully submitted,

Heidi C. Cesare, Esq.
Assistant Federal Defender
(718) 330-1257

cc: Clerk of the Court (by ECF)
Jeffrey Rabkin, Assistant U.S. Attorney

Order
The application
is granted

s/Edward R. Korman